13 A.3d 871

IN THE MATTER OF MICHAEL DAVID HALBFISH, AN
ATTORNEY AT LAW (ATTORNEY NO. 011741997).

March 10, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–250, concluding that **MICHAEL DAVID HALBFISH** of **PISCATAWAY,** who was admitted to the bar of this State in 1997, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed), *RPC* 1.15(b) (failure to promptly deliver funds to client or third party), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MICHAEL DAVID HALBFISH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.